IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

```
EDWARD E. FORD,                )
                               )
          Petitioner,          )
                               )
     v.                        )     1:24-cv-592
                               )
USA,                           )
                               )
          Respondent.          )
```

### ORDER

On July 30, 2024, the United States Magistrate Judge's Order and Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 2, 3.) No objections were filed within the time limits prescribed by Section 636.

Therefore, the court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 2), is hereby **ADOPTED. IT IS FURTHER ORDERED** that this action is construed as a habeas petition under 28 U.S.C. § 2241 and **DISMISSED WITHOUT PREJUDICE** to Petitioner filing a new petition in the proper district which corrects the defects of the current Petition. The new petition must be accompanied by either the five-dollar filing fee or a current application to proceed in forma pauperis.

A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 27th day of November, 2024.

_____
United States District Judge

- 2 -